CATALINA JOOS VERGARA (SBN 223775)
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

KEVIN B. HUFF (*pro hac vice* pending)
khuff@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone:  +1 202 326 7900
Facsimile:   +1 202 326 7999
*(additional counsel listed on signature page)*

*Attorneys for Moving Party*
*Meta Platforms, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., | **Misc. Case No.** |
| Moving Party, | Underlying action in United States District Court for the Northern District of California, No. 3:20-cv-08570-JD |
| v. | |
| SNAP INC., | **META PLATFORMS, INC.'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 83-1.4.2** |
| Responding Party. | |

Pursuant to Civil Local Rule 83-1.4.2, Moving Party Meta Platforms, Inc. ("Meta") hereby gives notice of the pendency of the following action in the U.S. District Court for the Northern District of California involving a material part of the same subject matter as the above-captioned Action:  *Klein v. Meta Platforms, Inc.*, No. 3:20-cv-08570-JD (N.D. Cal.).

Meta files this action to resolve its disputes with Non-Party Snap Inc. ("Snap") over Snap's obligations to respond to a Subpoena issued on behalf of Meta in the Northern District of California matter ("Subpoena").  Meta's counsel issued the Subpoena to Snap in the Northern District of California litigation to seek information and documents relevant to the issues in that case.  Meta is filing its Motion To Compel Snap To Produce Documents in response to the Subpoena with this Court, where compliance with the Subpoena is required.

The cases consolidated as the *Klein* action are brought on behalf of two putative classes:  (1) a putative class of users of Meta's products (the "User Class" or "Consumer Class"); and (2) a putative class of individuals and entities that purchased Meta's advertising productions (the "Advertiser Class").  The User Plaintiffs allege that Meta obtained and maintained monopoly power in alleged Social Network and Social Media Markets through alleged deceptions regarding Meta's data collection and use practices.  The Advertiser Plaintiffs bring claims under Sections 1 and 2 of the Sherman Act for Meta's alleged monopolization and attempted monopolization of the purported Social Advertising Market, including through an agreement between Meta and Google.

The User and Advertiser Plaintiffs filed consolidated class action complaints on April 22, 2021.  On January 14, 2022, the Court granted in part, and denied in part, Meta's motion to dismiss both complaints.  The User Plaintiffs chose not to amend their complaint.  The Advertiser Plaintiffs filed an amended complaint on February 28, 2022.  Meta filed a motion to dismiss the Amended Advertiser Complaint on March 21, 2022, and a hearing is scheduled for August 11, 2022.  On

NOTICE OF PENDENCY OF
OTHER ACTION OR PROCEEDING

April 29, 2022 the Court entered a Scheduling Order providing that fact discovery will close on January 13, 2022.

The names, addresses, and telephone numbers of the current attorneys in the Northern District of California litigation are:

Counsel for Defendant Meta:  Meta is represented by Mark C. Hansen and Aaron M. Panner of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20036, (202) 326-7900; David Gringer of Wilmer Cutler Pickering Hale & Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, NY 10007, (212) 230-8800; Sonal N. Mehta of Wilmer Cutler Pickering Hale & Dorr LLP, 2600 El Camino Real, Suite 400, Palo Alto, CA 94306, (650) 858-6000; and Ari Holtzblatt and Molly M. Jennings of Wilmer Cutler Pickering Hale & Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006, (202) 663-6964.

Counsel for Plaintiffs:  The plaintiffs in the Northern District of California *Klein* action are Maximilian Klein, Sarah Grabert, Deborah Dames, Timothy Mathews, Vickie Sherman, Lezah Neville-Marrs, Jarred Johnson, Katherine Loopers, Rachel B. Kupcho, Jessica L. Layser, Charles Steinberg, Shari Rosenman, Affilious, Inc., Jessyca Frederick, NJ Premier Inc., Timothy Mills, Mark Young, Danny Collins, Joshua Jeon, 406 Property Services, PLLC, Mark Berney, MarQuisha Cork, Rita Garvin, Joe Kovacevich, Mark. K. Wasvary, P.C., Melissa Ryan, Zahara Mossman, Sally Loveland, Sharon Cheatle, Janine Cortese, Tyler Boyle, and Steve McCann.

Maximilian Klein and Sarah Grabert are represented by Brantley I. Pepperman, Kevin Y. Teruya, and Adam B. Wolfson of Quinn Emanuel Urquhart Sullivan LLP, 865 S. Figueroa Street, Los Angeles, CA 90017, (213) 443-3000; Michelle R. Schmit and Stephen A. Swedlow of Quinn Emanuel Urquhart Sullivan LLP, 191 N. Wacker Drive, Suite 2700, Chicago, IL 60606, (312) 705-7400; Manisha Sheth of Quinn Emanuel Urquhart Sullivan LLP, 51 Madison Avenue,

NOTICE OF PENDENCY OF
OTHER ACTION OR PROCEEDING

22nd Floor, New York, NY 10010, (212) 849-7000; Brian D. Clark, Laura Matson, and Kyle Pozan of Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue S, Suite 2200, Minneapolis, MN 55401, (612) 339-6900; Kristen M. Anderson of Scott & Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, (212) 223-6444; and Shana E. Scarlett of Hagens Berman Sobol Shapiro LLP, 715 Hearst Avenue, Suite 202, Berkeley, CA 94710, (510) 725-3001.

Deborah Dames and Timothy Mathews are represented by Jennifer L. Joost of Kessler Topaz Meltzer and Check LLP, One Sansome Street, Suite 1850, San Francisco, CA 94104, (415) 400-3000; and Melissa L. Troutner of Kessler Topaz Meltzer and Check LLP, 280 King of Prussia Road, Radnor, PA 19087, (610) 667-7056.

Vickie Sherman, Lezah Neville-Marrs, and Jarred Johnson are represented by Tina Wolfson, Robert Ahdoot, and Theodore W. Maya of Ahdoot & Wolfson, PC, 2600 West Olive Avenue, Suite 500, Burbank, CA 91505, (310) 474-9111; and Andrew W. Ferich of Ahdoot & Wolfson, PC, 201 King of Prussia Road, Suite 650, Radnor, PA 19087, (310) 474-9111.  Jarred Johnson is also represented by Kristen M. Anderson of Scott & Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, (212) 223-6444.

Katherine Loopers is represented by Tina Wolfson, Robert Ahdoot, and Theodore W. Maya of Ahdoot & Wolfson, PC, 2600 West Olive Avenue, Suite 500, Burbank, CA 91505, (310) 474-9111; Andrew W. Ferich of Ahdoot & Wolfson, PC, 201 King of Prussia Road, Suite 650, Radnor, PA 19087, (310) 474-9111; Henry J. Kelston of Ahdoot & Wolfson, PC, 101 Avenue of the Americas, 9th Floor, New York, NY 10013, (917) 336-0171; Hal D. Cunningham of Scott & Scott Attorneys at Law LLP, 600 West Broadway, Suite 3300, San Diego, CA 92101, (619) 233-4565; Brian J. Dunne of Bathaee Dunne LLP, 901 S MoPac Expy, Plaza I, Suite 300, Austin, TX 90071, (213) 462-2772; Edward M. Grauman

- 4 -

NOTICE OF PENDENCY OF
OTHER ACTION OR PROCEEDING

1   of Bathaee Dunne LLP, 7000 N MoPac Expy, Suite 200, Austin, TX 78731, (512)

2   575-8848; and Yavar Bathaee of Bathaee Dunne LLP, 445 Park Avenue, 9th Floor,

3   New York, NY 10022, (332) 322-8835.

4        Rachel B. Kupcho is represented by Brantley I. Pepperman of Quinn

5   Emanuel Urquhart Sullivan LLP, 865 S. Figueroa Street, Los Angeles, CA 90017,

6   (213) 443-3000; Michelle R. Schmit and Stephen A. Swedlow of Quinn Emanuel

7   Urquhart Sullivan LLP, 191 N. Wacker Drive, Suite 2700, Chicago, IL 60606,

8   (312) 705-7400; Brian D. Clark, Laura Matson, Kyle Pozan, Arielle S. Wagner,

9   Rebecca A. Peterson, Robert K. Shelquist, and W. Joseph Bruckner of Lockridge

10  Grindal Nauen P.L.L.P., 100 Washington Avenue S, Suite 2200, Minneapolis, MN

11  55401, (612) 339-6900; Shana E. Scarlett of Hagens Berman Sobol Shapiro LLP,

12  715 Hearst Avenue, Suite 202, Berkeley, CA 94710, (510) 725-3000; and Steve W.

13  Berman of Hagens Berman Sobol Shapiro LLP, 1301 Second Avenue, Suite 2000,

14  Seattle, WA 98101, (206) 623-7292.

15       Jessica L. Layser is represented by Dena C. Sharp, Adam E. Polk, Jordan S.

16  Elias, and Scott M. Grzenczyk of Girard Sharp LLP, 601 California Street, Suite

17  1400, San Francisco, CA 94108, (415) 981-4800; Austin B. Cohen and Keith J.

18  Verrier of Levin Fishbein Sedran and Berman, 510 Walnut Street, Suite 500,

19  Philadelphia, PA 19106, (215) 592-1500; Edward M. Grauman of Bathaee Dunne

20  LLP, 7000 N MoPac Expy, Suite 200, Austin, TX 78731, (512) 575-8848; Yavar

21  Bathaee of Bathaee Dunne LLP, 445 Park Avenue, 9th Floor, New York, NY

22  10022, (332) 322-8835; Hal D. Cunningham of Scott & Scott Attorneys at Law

23  LLP, 600 West Broadway, Suite 3300, San Diego, CA 92101, (619) 233-4565; and

24  Kristen M. Anderson of Scott & Scott Attorneys at Law LLP, The Helmsley

25  Building, 230 Park Avenue, 17th Floor, New York, NY 10169, (212) 223-6444.

26       Charles Steinberg is represented by Samuel M. Ward and Stephen R. Basser

27  of Barrack, Rodos & Bacine, 600 West Broadway, Suite 900, San Diego, CA

28  92101, (619) 230-0800; and Jeffrey B. Gittleman of Barrack, Rodos & Bacine,

- 5 -

3300 Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103, (215) 963-0600.

Shari Rosenman is represented by Ari Y. Basser and Jordan L. Lurie of Pomerantz LLP, 1100 Glendon Avenue, 15th Floor, Los Angeles, CA 90024, (310) 432-8492.

Timothy Mills and NJ Premier Inc. are represented by Yavar Bathaee of Bathaee Dunne LLP, 445 Park Avenue, 9th Floor, New York, NY 10022, (332) 322-8835; Brian J. Dunne of Bathaee Dunne LLP, 901 S MoPac Expy, Plaza I, Suite 300, Austin, TX 90071, (213) 462-2772; Christopher M. Burke, David H. Goldberger, Yifan K. Lv, and Daniel Brockwell of Scott & Scott Attorneys at Law LLP, 600 West Broadway, Suite 3300, San Diego, CA 92101, (619) 233-4565; and Kristen M. Anderson of Scott & Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, (212) 223-6444.

Jessyca Frederick, Mark Young, and Joshua Jeon are represented by Yavar Bathaee and Andrew C. Wolinsky of Bathaee Dunne LLP, 445 Park Avenue, 9th Floor, New York, NY 10022, (332) 322-8835; Brian J. Dunne of Bathaee Dunne LLP, 901 S MoPac Expy, Plaza I, Suite 300, Austin, TX 90071, (213) 462-2772; Edward M. Grauman of Bathaee Dunne LLP, 7000 N MoPac Expy, Suite 200, Austin, TX 78731, (512) 575-8848; Christopher M. Burke, David H. Goldberger, Yifan K. Lv, Daniel Brockwell, and Hal D. Cunningham of Scott & Scott Attorneys at Law LLP, 600 West Broadway, Suite 3300, San Diego, CA 92101, (619) 233-4565; and Kristen M. Anderson and Patrick J. Rodriguez of Scott & Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, (212) 223-6444.

Danny Collins and Affilious, Inc. are represented by Yavar Bathaee and Andrew C. Wolinsky of Bathaee Dunne LLP, 445 Park Avenue, 9th Floor, New York, NY 10022, (332) 322-8835; Brian J. Dunne of Bathaee Dunne LLP, 901 S MoPac Expy, Plaza I, Suite 300, Austin, TX 90071, (213) 462-2772; Edward M.

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

Grauman of Bathaee Dunne LLP, 7000 N MoPac Expy, Suite 200, Austin, TX 78731, (512) 575-8848; Christopher M. Burke, David H. Goldberger, Yifan K. Lv, Daniel Brockwell, and Hal Cunningham of Scott & Scott Attorneys at Law LLP, 600 West Broadway, Suite 3300, San Diego, CA 92101, (619) 233-4565; Kristen M. Anderson and Patrick J. Rodriguez of Scott & Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, (212) 223-6444; and Laura Matson of Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue S, Suite 2200, Minneapolis, MN 55401, (612) 339-6900.

Mark Berney, MarQuisha Cork, and 406 Property Services, PLLC are represented by Yavar Bathaee and Andrew C. Wolinsky of Bathaee Dunne LLP, 445 Park Avenue, 9th Floor, New York, NY 10022, (332) 322-8835; Brian J. Dunne of Bathaee Dunne LLP, 901 S MoPac Expy, Plaza I, Suite 300, Austin, TX 90071, (213) 462-2772; Edward M. Grauman of Bathaee Dunne LLP, 7000 N MoPac Expy, Suite 200, Austin, TX 78731, (512) 575-8848; Christopher M. Burke, David H. Goldberger, Yifan K. Lv, Daniel Brockwell, and Hal Cunningham of Scott & Scott Attorneys at Law LLP, 600 West Broadway, Suite 3300, San Diego, CA 92101, (619) 233-4565; Kristen M. Anderson, Patrick J. Rodriguez, Michael P. Srodoski, and Patrick J. McGahan of Scott & Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, (212) 223-6444; and Laura Matson of Lockridge Grindal Nauen P.L.L.P., 100 Washington Avenue S, Suite 2200, Minneapolis, MN 55401, (612) 339-6900.

Rita Garvin is represented by Brant D. Penney and Garrett D. Blanchfield, Jr. of Reinhardt Wendorf & Blanchfield, 332 Minnesota Street, Suite W1050, St. Paul, MN 55101, 651-287-2100; and Jennie L. Anderson of Andrus Anderson LLP, 155 Montgomery Street, Suite 900, San Francisco, CA 94104, (415) 986-1400.

Joe Kovacevich is represented by Dennis Stewart of Gustafson Gluek PLLC, 600 W. Broadway, Suite 3300, San Diego, CA 92101, (612) 339-6622; Catherine Sung-Yun K. Smith, Daniel E. Gustafson, Daniel C. Hedlund and Daniel J. Nordin

NOTICE OF PENDENCY OF
OTHER ACTION OR PROCEEDING

of Gustofson Gluek PLLC, Canadian Pacific Plaza, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402, (612) 333-8844; Dianne M. Nast, NastLaw LLC, 1101 Market Street, Suite 2801, Philadelphia, PA 19106, (215) 923-9300; E. Powell Miller and Sharon S. Almonrode of The Miller Law Firm, P.C., 950 West University Drive, Suite 300, Rochester, MI 48307, (248) 841-2200; Patrick Howard and Simon B. Paris of Saltz Mongeluzzi Barrett and Bendesky, 1650 Market Street, One Liberty Place, 52nd Floor, Philadelphia, PA 19103, (215) 496-8282; Kenneth A. Wexler of Wexler Boley & Elgersma LLP, 55 W. Monroe Street, Suite 3300, Chicago, IL 60603, (312) 346-2222; and Mark J. Tamblyn of Wexler Boley & Elgersma LLP, 333 University Avenue, Suite 200, Sacramento, CA 95825, (916) 565-7692.

Melissa Ryan is represented by Kevin F. Ruf of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, CA 90067, (310) 201-9160.

Zahara Mossman is represented by Hal D. Cunningham of Scott & Scott Attorneys at Law LLP, 600 West Broadway, Suite 3300, San Diego, CA 92101, (619) 233-4565; Kristen M. Anderson of Scott & Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, (212) 223-6444; Brian J. Dunne of Bathaee Dunne LLP, 901 S MoPac Expy, Plaza I, Suite 300, Austin, TX 90071 (213) 462-2772; Edward M. Grauman of Bathaee Dunne LLP, 7000 N MoPac Expy, Suite 200, Austin, TX 78731, (512) 575-8848; Yavar Bathaee of Bathaee Dunne LLP, 445 Park Avenue, 9th Floor, New York, NY 10022, (332) 322-8835; and Tina Wolfson of Ahdoot & Wolfson, PC, 2600 West Olive Avenue, Suite 500, Burbank, CA 91505, (310) 474-9111.

Sally Loveland is represented by Robert A. Hennig and Samuel Brown of Hennig Kramer Ruiz & Singh, 3600 Wilshire Boulevard, Suite 1908, Los Angeles, CA 90010, (213) 310-8301.

Sharon Cheatle, Janine Cortese, Tyler Boyle, and Steve McCann are

- 8 -

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

represented by Bradford L. Geyer, FormerFedsGroup.Com LLC, 2006 Berwick Drive, Cinnaminson, NJ 08077, (856) 607-5708.

Mark K. Wasvary, P.C. is represented by Jennie L. Anderson of Andrus Anderson LLP, 155 Montgomery Street, Suite 900, San Francisco, CA 94104, (415) 986-1400; and Kristen M. Anderson of Scott & Scott Attorneys at Law LLP, The Helmsley Building, 230 Park Avenue, 17th Floor, New York, NY 10169, (212) 223-6444.

NOTICE OF PENDENCY OF
OTHER ACTION OR PROCEEDING

| | |
|---|---|
| 1 | Dated:  August 2, 2022 |

O'MELVENY & MYERS LLP

By:     _/s/ Catalina Joos Vergara_
         Catalina Joos Vergara

Catalina Joos Vergara
cvergara@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California  90071-2899
Telephone:  +1 213 430 6000
Facsimile:    +1 213 430 6407

Mark C. Hansen (*pro hac vice* pending)
Kevin B. Huff (*pro hac vice* pending)
Kevin D. Horvitz (*pro hac vice*
 pending)
Ana Nikolic Paul (*pro hac vice*
 pending)
Justin B. Berg (*pro hac vice* pending)*
mhansen@kellogghansen.com
khuff@kellogghansen.com
khorvitz@kellogghansen.com
apaul@kellogghansen.com
jberg@kellogghansen.com
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: + 1 202 326-7900
Facsimile:   +1 202 326 7999
*Admitted in New York.  Not admitted
 in District of Columbia.  Practice
 supervised by members of the firm.

*Attorneys for Moving Party*
*Meta Platforms, Inc.*

- 10 -